ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 23 2018
at 2 o'clock and 40 min. P M.
SUE BEITIA, CLERK

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

ESTEFANIA D. BAIRD
Special Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Estefania.baird@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> KIERSTIENE J. VARGAS, <br> Defendant. | PO NO. PO18-00224 KSC <br><br> INFORMATION <br><br> 40 U.S.C.1315(c); <br> 32 C.F.R. 634.25(f), <br> H.R.S. § 431:10C-104 <br> Citation No.: 6458945/H-10 <br><br> A & P Date: NOV 13 2018 |

## INFORMATION

The United States Attorney charges that:

On or about August 31, 2018, on Schofield Barracks, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, KIERSTIENE J. VARGAS, defendant herein, unlawfully operated a motor vehicle upon a public street, road, or highway without valid insurance.

All in violation of Hawaii Revised Statutes, Section 431:10C-104, Title 40, United States Code, Section 1315(c), and Title 32, Code of Federal Regulations, Section 634.25(f).

DATED:     OCT 23 2018    , Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

By   /s/ E. Baird
ESTEFANIA D. BAIRD
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

U.S. vs. KIERSTIENE J. VARGAS
PO No.
Citation No.: 6458945/H-10
"INFORMATION"   PO18-00224 KSC

2